# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Rajvir Batra | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 2:22-cv-01628-JS-SIL |
| Midland Credit Management Inc. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Midland Credit Management Inc.
C/o Corporation Service Company
80 State Street
Albany, New York 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Office of Abel L. Pierre, PC
Abel L. Pierre, Esq.
140 Broadway, 46th Floor
New York, New York 10005
(212) 766-3323
abel@apierrelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

*CLERK OF COURT*



Date: 3/24/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*